UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-6479-VALLE

UNITED STATES OF AMERICA

Plaintiff,

vs

RUBEN FIGARO,
Defendant.

ORDER ON INITIAL APPEARANCE
**Language**: Spanish   USPO:

AUSA: D. Chase (S. McLaughlin Duty)

The above-named defendant having been arrested on **11/13/15** and having appeared before the court for initial appearance on **11/13/15** and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____
appeared as permanent/temporary counsel of record.
Address:_____
Zip Code: _____  Telephone: (J. Smith) _____

2. ____ Federal Public Defender's Office
appointed as permanent counsel of record.
Address: _____
Zip Code: _____  Telephone: _____

3. **The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____ before Judge Duty**.

4. **Arraignment/Preliminary/Removal/Identity hearing is set for Monday November 30th, 2015 at 11:00 AM Before Duty Magistrate Judge (Seltzer)**

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____ A Detention/Bond hearing, pursuant to 18 U.S.C. Section 3142(f), is set for Nov 19, 2015 AT 10:00 AM DUTY (VALLE)

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: _____ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
____a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.
____b. Report to Pretrial Services as follows:____as directed;___times a week /month by phone, ____times a week/month___in person; other_____
____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.
____e. Maintain or begin an educational program.
____f. Avoid all contact with victims of or witnesses to the crimes charged.
____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____h. Comply with the following curfew:_____

_____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j. Comply with the following additional special conditions of this bond:
_____
bond was set: At Arrest _____
            On Warrant _____
            After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is_____
_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 13th day of November, 2015.

*[signature]*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation