UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**

U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA ROOM 110

| | | | |
|---|---|---|---|
| DEFT: | RUBEN JUNIOR FIGARO (J)# | CASE NO: | 15-6479-VALLE |
| AUSA: | DON CHASE (S. MCLAUGHLIN DUTY) | ATTY: | |
| USPO: | | VIOL: | 21:USC 846 |
| PROCEEDING: | INITIAL APPEARANCE | RECOMMENDED BOND: | |
| BOND/PTD HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD. J. Smith |
| BOND SET @: | | To be cosigned by: | |

❑ All standard conditions

❑ Do not encumber property.

❑ Surrender and / or do not obtain passports / travel documents.

❑ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.

❑ Random urine testing by Pretrial Services. Treatment as deemed necessary.

❑ Maintain or seek full - time employment.

❑ No contact with victims / witnesses.

❑ No firearms.

❑ Curfew/Electronic Monitoring:

❑ Travel extended to:

❑ Other:

**SPANISH INTERPRETER REQUIRED***

1- ADVISED OF CHARGES. SWORN/TEST for COURT APPOINTMENT. FPD. J. Smith.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING: Nov 19, 2015   10 AM (AOV DUTY)

PRELIM/ARRAIGN OR REMOVAL: MONDAY NOVEMB3ER 30, 2015 AT 11 AM (DUTY SELTZER)

STATUS RE HEARING:

DATE: 11/13/2015   TIME: 11:00 AM   FTL/TAPE/# AOV-   Begin DAR: 12:32:02

{ 10 MINS }